

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:        01-14-00133-CV

Trial Court Cause
Number:              2009-63319

Style:               United Services Automobile Association

                     **v** Joseph Hayes, Jr and Joanne Hayes

Date motion filed[*]:  November 17, 2014

Type of motion:      Extension of Time to File Reply

Party filing motion: Cross-Appellants, Joseph Hayes, Jr. and Joanne Hayes

Document to be filed: Reply Brief

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

    Original due date:                October 20, 2014

    Number of previous extensions granted:  1

    Date Requested:                   November 26, 2014

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due:  November 26, 2014

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ Terry Jennings
           ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: November 20, 2014